# APPENDIX

**FIRST CIRCUIT**

**District of Maine**

1. Chogllo Chafla v. Scott, No. 25-00437, 2025 WL 2688541 (D. Me. Sept. 22, 2025)

2. Chang Barrios v. Shepley, No. 25-00406, 2025 WL 2772579 (D. Me. Sept. 29, 2025)

3. Chiliquinga Yumbillo v. Stamper, No. 25-00479, 2025 WL 2783642 (D. Me. Sept. 30, 2025)

4. Aguilar Guerra v. Joyce, No. 25-00534, 2025 WL 2999042 (D. Me. Oct. 24, 2025)

5. Petion v. Hyde, No. 25-00535, 2025 WL 3072567 (D. Me. Nov. 3, 2025)

**District of Massachusetts**

6. Gomes v. Hyde, No. 25-11571, 2025 WL 1869299 (D. Mass. July 7, 2025)

7. Martinez v. Hyde, No. 25-11613, —— F. Supp. 3d ——, 2025 WL 2084238 (D. Mass. July 24, 2025)

8. dos Santos v. Lyons, No. 25-12052, 2025 WL 2370988 (D. Mass. Aug. 14, 2025)

9. Romero v. Hyde, No. 25-11631, —— F. Supp. 3d ——, 2025 WL 2403827 (D. Mass. Aug. 19, 2025)

10. Diaz Diaz v. Mattivelo, No. 25-12226, 2025 WL 2457610 (D. Mass. Aug. 27, 2025)

11. Doe v. Moniz, No. 25-12094, 2025 WL 2576819 (D. Mass. Sept. 5, 2025)

12. Encarnacion v. Moniz, No. 25-12237, Doc. No. 5 (D. Mass. Sept. 5, 2025)

13. Sampiao v. Hyde, No. 25-11981, 2025 WL 2607924 (D. Mass. Sept. 9, 2025)

14. Hilario Rodriguez v. Moniz, No. 12-12358, Doc. No. 22 (D. Mass Sept. 18, 2025)

15. Locon Cordero v. Hyde, No. 25-12802, Doc. No. 15 (D. Mass. Sept. 28, 2025)

16. Inlago Tocagon v. Moniz, No. 25-12453, —— F. Supp. 3d ——, 2025 WL 2778023 (D. Mass. Sept. 29, 2025)

17. Romero-Nolasco v. McDonald, No. 25-12492, 2025 WL 2778036 (D. Mass. Sept. 29, 2025)

18. Romero-Nolasco v. McDonald, No. 25-12584, Doc. No. 9 (D. Mass. Oct. 2, 2025)

19. Elias Escobar v. Hyde, No. 25-12620, 2025 WL 2823324 (D. Mass. Oct. 3, 2025)

20. Guerrero Orellana v. Moniz, No. 25-12664, —— F. Supp. 3d ——, 2025 WL 2809996 (D. Mass. Oct. 3, 2025)

21. Pereira de Souza v. Hyde, No. 25-12532, Doc. No. 13 (D. Mass. Oct. 6, 2025)

22. de Andrade v. Moniz, No. 25-12455, 2025 WL 2841844 (D. Mass. Oct. 7, 2025)

23. <u>de Los Reyes Gonzalez v. McDonald</u>, No. 25-12644, Doc. No. 10 (D. Mass. Oct. 9, 2025)

24. <u>Landaverde v. Hyde</u>, No. 25-12552, Doc. No. 16 (D. Mass Oct. 10, 2025)

25. <u>Pineda-Chavez v. Hyde</u>, No. 25-12932, Doc. No. 9 (D. Mass. Oct. 16, 2025)

26. <u>Garcia Guaman v. Hyde</u>, No. 25-12879, Doc. No. 7 (D. Mass. Oct. 17, 2025)

27. <u>Nogueira da Silva v. Hyde</u>, No. 25-12931, Doc. No. 10 (D. Mass. Oct. 17, 2025)

28. <u>Lema Zamora v. Noem</u>, No. 25-12750, 2025 WL 2958879 (D. Mass. Oct. 17, 2025)

29. <u>Custodio de Souza v. Muniz</u>, No. 25-12636, Doc. No. 14 (D. Mass. Oct. 18, 2025)

30. <u>Hercules Acosta v. Hyde</u>, No. 25-13011, Doc. No. 10 (D. Mass. Oct. 20, 2025)

31. <u>Monzon v. Hyde</u>, No. 25-12594, Doc. No. 15 (D. Mass. Oct. 20, 2025)

32. <u>da Silva v. Bondi</u>, No. 25-12672, 2025 WL 2969163 (D. Mass. Oct. 21, 2025)

33. <u>Coelho Gomes v. Moniz</u>, No. 25-13021, Doc. No. 8 (D. Mass. Oct. 22, 2025)

34. <u>Cortez Rivera v. Hyde</u>, No. 25-12390, 2025 WL 2977900 (D. Mass. Oct. 22, 2025)

35. <u>Moreira Aguiar v. Moniz</u>, No. 25-12706, 2025 WL 2987656 (D. Mass. Oct. 22, 2025)

36. <u>Maza Maza v. Hyde</u>, No. 25-13013, Doc. No. 8 (D. Mass. Oct. 23, 2025)

37. <u>Cesario Souza v. Hyde</u>, No. 25-12461, 2025 WL 2997670 (D. Mass. Oct. 24, 2025)

38. <u>Chavez Castillo v. Moniz</u>, No. 25-13091, Doc. No. 8 (D. Mass. Oct. 27, 2025)

39. <u>de Moura v. Moniz</u>, No. 25-13058, Doc. No. 10 (D. Mass. Oct. 27, 2025)

40. <u>Mejia Arias v. Moniz</u>, No. 25-13019, Doc. No. 8 (D. Mass. Oct. 27, 2025)

41. <u>Zolakio v. Hyde</u>, No. 25-13040, Doc. No. 8 (D. Mass. Oct. 28, 2025)

42. <u>Ramirez Ramirez v. Moniz</u>, No. 25-13048, Doc. No. 23 (D. Mass. Oct. 29, 2025)

43. <u>Gamez Martinez v. Moniz</u>, No. 25-13008, Doc. No. 8 (D. Mass. Oct. 30, 2025)

44. <u>Zavala Rivera v. McDonald</u>, No. 25-13070, Doc. No. 8 (D. Mass. Nov. 3, 2025)

45. <u>de Souza Filho v. Hyde</u>, No. 25-13207, Doc. No. 8 (D. Mass. Oct. 30, 2025)

46. <u>Orrego Marin v. Moniz</u>, No. 25-13032, Doc. No. 9 (D. Mass. Nov. 4, 2025)

47. <u>Portillo Martinez</u>, No. 25-11909, 2025 WL 3152847 (D. Mass. Nov. 12, 2025)

48. Anselmo v. Moniz, No. 25-13309, 2025 WL 3171137 (D. Mass. Nov. 13, 2025)

49. Caguana-Caguana v. Moniz, No. 25-13142, 2025 WL 3171043 (D. Mass. Nov. 13, 2025)

**District of New Hampshire**

50. Jimenez v. FCI Berlin, Warden, No. 25-00326, 2025 WL 2639390 (D.N.H. Sept. 8, 2025)

51. Malan Quizhpi v. Brackett, No. 25-389, Doc. No. 2 (D.N.H. Oct. 9, 2025)

52. Lamidi v. FCI Berlin, Warden, No. 25-00297, Doc. No. 14 (D.N.H. Sept. 15, 2025)

**District of Rhode Island**

53. Rodriguez v. Bondi, No. 25-406, 2025 WL 2899769 (D.R.I. Oct. 10, 2025)

54. Tomas Elias v. Hyde, No. 25-540, 2025 WL 3004437 (D.R.I. Oct. 27, 2025)

55. Astudillo v. Hyde, No. 25-551, 2025 WL 3035083 (D.R.I. Oct. 30, 2025)

56. Herrera Martinez v. Hyde, No. 25-575, 2025 WL 3124025 (D.R.I. Nov. 7, 2025)

## SECOND CIRCUIT

**Eastern District of New York**

57. J.U. v. Maldonado, No. 25-04836, 2025 WL 2772765 (E.D.N.Y. Sept. 29, 2025)

58. Artiga v. Genalo, No. 25-5208, 2025 WL 2829434 (E.D.N.Y. Oct. 5, 2025)

59. Hyppolite v. Noem, No. 25-4304, 2025 WL 2829511 (E.D.N.Y. Oct. 6, 2025)

**Southern District of New York**

60. Lopez Benitez v. Francis, No. 25-5937, ⸺ F. Supp. 3d ⸺, 2025 WL 2371588 (S.D.N.Y. Aug. 13, 2025)

61. Samb v. Joyce, No. 25-6373, 2025 WL 2398831 (S.D.N.Y. Aug. 19, 2025)

62. Gonzalez v. Joyce, No. 25-8250, 2025 WL 2961626 (S.D.N.Y. Oct. 19, 2025)

63. Romero Perez v. Francis, No. 25-8112, 2025 WL 3110459 (S.D.N.Y. Nov. 6, 2025)

64. Rueda Torres v. Francis, No. 25-8408, 2025 WL 3168759 (S.D.N.Y. Nov. 13, 2025)

**Western District of New York**

65. Barbosa da Cunha v. Moniz, No. 25-06532, Doc. No. 25 (W.D.N.Y. Oct. 20, 2025)

66. Alvarez Ortiz v. Freden, No. 25-960, ⸺ F. Supp. 3d ⸺, 2025 WL 3085032 (W.D.N.Y. Nov. 4, 2025)

## THIRD CIRCUIT

**District of New Jersey**

67. Zumba v. Bondi, No. 25-14626, 2025 WL 2753496 (D.N.J. Sept. 26, 2025)

68. Castillo v. Lyons, No. 25-16219, 2025 WL 2940990 (D.N.J. Oct. 10, 2025)

69. Buestan v. Chu, 2025 WL 2972252 (D.N.J. Oct. 21, 2025)

70. Bethancourt Soto v. Soto, No. 25-16200, —— F. Supp. 3d ——, 2025 WL 2976572 (D.N.J. Oct. 22, 2025)

71. Contreras Maldonado v. Cabezas, No. 25-13004, 2025 WL 2985256 (D.N.J. Oct. 23, 2025)

72. Lomeu v. Soto, No. 25-16589, 2025 WL 2981296 (D.N.J. Oct. 23, 2025)

73. Contreras Amaya v. Bondi, No. 25-16742, Doc. No. 7 (D.N.J. Oct. 26, 2025)

74. Patel v. Almodovar, No. 25-15345, 2025 WL 3012323 (D.N.J. Oct. 28, 2025)

75. Alaya Amaya v. Bondi, No. 25-16428, 2025 WL 3033880 (D.N.J. Oct. 30, 2025)

76. Mboup v. Field Off. Dir. of New Jersey Immigr. & Customs Enf't, No. 25-16882, 2025 WL 3062791 (D.N.J. Nov. 3, 2025)

77. Vincenz-Marquez v. Soto, No. 25-16906, 2025 WL 3097496 (D.N.J. Nov. 6, 2025)

78. Guaman Naula v. Noem, No. 25-16792, 2025 WL 3158490 (D.N.J. Nov. 12, 2025

79. Moreira da Silva v. LaForge., No. 25-17095, 2025 WL 3173859 (D.N.J. Nov. 13, 2025)

**Eastern District of Pennsylvania**

80. Cantu-Cortes v. O'Neill, No. 25-6338, 2025 WL 3171639 (E.D. Pa. Nov. 13, 2025)

81. Kashranov v. Jamison, No. 25-05555, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025)

**Western District of Pennsylvania**

82. del Cid v. Bondi, No. 25-00304, 2025 WL 2985150 (W.D. Pa. Oct. 23, 2025)

### FOURTH CIRCUIT

**District of Maryland**

83. Leal-Hernandez v. Noem, No. 25-02428, 2025 WL 2430025 (D. Md. Aug. 24, 2025)

84. Maldonado de Leon v. Baker, No. 25-3084, 2025 WL 2968042 (D. Md. Oct. 21, 2025)

85. Pineda Velasquez v. Sec'y Noem, No. 25-3215, 2025 WL 3003684 (D. Md. Oct. 27, 2025)

**Middle District of North Carolina**

86. S.D.B.B. v. Johnson, No. 25-882, 2025 WL 2845170 (M.D.N.C. Oct. 7, 2025)

**Eastern District of Virginia**

87. Hasan v. Crawford, No. 25-01408, ——— F. Supp. 3d ———, 2025 WL 2682255 (E.D. Va. Sept. 19, 2025)

88. Quispe v. Crawford, No. 25-01471, 2025 WL 2783799 (E.D. Va. Sept. 29, 2025)

4

89. <u>Diaz Gonzalez v. Lyons</u>, No. 25-01583, Doc. No. 8 (E.D. Va. Oct. 1, 2025)

90. <u>Gomez Alonzo v. Simon</u>, No. 25-01587, Doc. No. 16 (E.D. Va. Oct. 1, 2025)

91. <u>Perez Bibiano v. Lyons</u>, No. 25-01590, Doc. No. 8 (E.D. Va. Oct. 1, 2025)

92. <u>Vargas Nunez v. Lyons</u>, No. 25-01574, Doc. No. 10 (E.D. Va. Oct. 1, 2025)

93. <u>Ibarra Garcia v. Simon</u>, No. 25-01663, Doc. No. 6 (E.D. Va. Oct. 3, 2025)

94. <u>Guerra Leon v. Noem</u>, No. 25-01634, Doc. No. 12 (E.D. Va. Oct. 8, 2025)

95. <u>Maldonado Merlos v. Noem</u>, No. 25-01645, Doc. No. 11 (E.D. Va. Oct. 9, 2025)

96. <u>Singh v. Lyons</u>, No. 25-01606, 2025 WL 2932635 (E.D. Va. Oct. 14, 2025)

97. <u>Hernandez v. Crawford</u>, No. 25-01565, 2025 WL 2940702 (E.D. Va. Oct. 16, 2025)

98. <u>Flores Pineda v. Simon</u>, No. 25-01616, 2025 WL 2980729 (E.D. Va. Oct. 21, 2025)

99. <u>Gregorio Lapop v. Noem</u>, No. 25-01666, 2025 WL 2997507 (E.D. Va. Oct. 24, 2025)

100. <u>Duarte Escobar, v. Perry</u>, No. 25-00758, 2025 WL 3006742 (E.D. Va. Oct. 27, 2025)

101. <u>Sanchez-Lopez v. Crawford</u>, No. 25-01721, Doc. No. 6 (E.D. Va. Oct. 27, 2025)

102. <u>Sanchez Saire v. Elliston</u>, No. 25-01808, Doc. No. 7 (E.D. Va. Oct. 27, 2025)

103. <u>Garcia Guardado v. Lyons</u>, No. 25-01741, Doc. No. 5 (E.D. Va. Oct. 28, 2025)

104. <u>Montejo v. Lyons</u>, No. 25-01751, Doc. No. 7 (E.D. Va. Oct. 28, 2025)

105. <u>Velasquez Lozano v. Simon</u>, No. 25-01731, Doc. No. 5 (E.D. Va. Oct. 28, 2025)

106. <u>Torres Torres v. Noem</u>, No. 25-01866, Doc. No. 10 (E.D. Va. Nov. 3, 2025)

107. <u>Vicente v. U.S. Immigr. & Customs Enf't</u>, No. 25-01836, Doc. No. 6 (E.D. Va. Nov. 3, 2025)

108. <u>Lopez Sarmiento v. Perry</u>, No. 25-01644, 2025 WL 3091140 (E.D. Va. Nov. 5, 2025)

109. <u>Diaz Garcia v. Noem,</u> No. 25-1712, 2025 WL 3111223 (E.D. Va. Nov. 6, 2025)

110. <u>Servellon Martinez v. Lyons</u>, No. 25-01792, Doc. No. 7 (E.D. Va. Nov. 7, 2025)

**FIFTH CIRCUIT**

**Western District of Louisiana**

111. <u>Kostak v. Trump,</u> No. 25-01093, 2025 WL 2472136 (W.D. La. Aug. 27, 2025)

112. Lopez Santos v. Noem, No. 25-01193, 2025 WL 2642278 (W.D. La. Sept. 11, 2025)

113. Barrios Sandoval v. Acuna, No. 25-01467, 2025 WL 3048926 (W.D. La. Oct. 31, 2025)

114. Silva Oliveira v. Patterson, No. 25-01463, 2025 WL 3095972 (W.D. La. Nov. 4, 2025)

**Southern District of Texas**

115. Buenrostro-Mendez v. Bondi, No. 25-3726, 2025 WL 2886346 (S.D. Tex. Oct. 7, 2025)

116. Covarrubias v. Vergara, No. 25-112, 2025 WL 2950097 (S.D. Tex. Oct. 8, 2025)

117. Angel Fuentes v. Lyons, No. 25-00153, Doc. No. 15 (S.D. Tex. Oct. 16, 2025)

118. Almanzan Tapia v. Vergara, No. 25-00174, Doc. No. 3 (S.D. Tex Oct. 17, 2025)

119. Torres-Rodriguez v. Noem, No. 25-05035, Doc. No. 5 (S.D. Tex. Nov. 3, 2025)

120. Montoya Cabanas v. Bondi, No. 25-04830, 2025 WL 3171331 (S.D. Tex. Nov. 13, 2025)

121. Cruz Gutierrez v. Warden Thompson, No. 25-4695, 2025 WL 3187521 (S.D. Tex. Nov. 14, 2025)

**SIXTH CIRCUIT**

**Western District of Kentucky**

122. Barrera v. Tindall, No. 25-00541, 2025 WL 2690565 (W.D. Ky. Sept. 19, 2025)

123. Singh v. Lewis, No. 25-00096, 2025 WL 2699219 (W.D. Ky. Sept. 22, 2025)

124. Ballestros v. Noem, No. 25-594, 2025 WL 2880831 (W.D. Ky. Oct. 9, 2025)

125. Martinez-Elvir v. Olson, No. 25-589, ⸺ F. Supp. 3d ⸺, 2025 WL 3006772 (W.D. Ky. Oct. 27, 2025)

126. Orellana v. Noem, No. 25-112, ⸺ F. Supp. 3d ⸺, 2025 WL 3006763 (W.D. Ky. Oct. 27, 2025)

127. Hernandez Alonso v. Tindall, No. 25-652, 2025 WL 3083920 (W.D. Ky. Nov. 4, 2025)

**Eastern District of Michigan**

128. Lopez-Campos v. Raycroft, No. 25-12486, 2025 WL 2496379 (E.D. Mich. Aug. 29, 2025)

129. Pizarro Reyes v. Raycraft, No. 25-12546, 2025 WL 2609425 (E.D. Mich. Sept. 9, 2025)

130. Diaz Sandoval v. Raycraft, No. 25-12987, 2025 WL 2977517 (E.D. Mich. Oct. 17, 2025)

131. Pacheco Mayen, v. Raycraft, No. 25-13056, 2025 WL 2978529 (E.D. Mich. Oct. 17, 2025)

132. Casio-Mejia v. Raycraft, No. 25-13032, 2025 WL 2976737 (E.D. Mich. Oct. 21, 2025)

133. Santos Franco v. Raycraft, No. 25-13188, 2025 WL 2977118 (E.D. Mich. Oct. 21, 2025)

134. Gimenez Gonzalez v. Raycraft, No. 25-13094, 2025 WL 3006185 (E.D. Mich. Oct. 27, 2025)

135. Hernandez Capote v. Sec'y of U.S. Dep't of Homeland Sec., No. 25-13128, 2025 WL 3089756 (E.D. Mich. Nov. 5, 2025)

136. Diego v. Raycraft, No. 25-13288, 2025 WL 3159106 (E.D. Mich. Nov. 12, 2025)

**Western District of Michigan**

137. Sanchez Alvarez v. Noem, No. 25-1090, 2025 WL 2942648 (W.D. Mich. Oct. 17, 2025)

138. Rodriguez Carmona v. Noem, No. 25-1131, 2025 WL 2992222 (W.D. Mich. Oct. 24, 2025)

139. Puerto-Hernandez v. Lynch, No. 25-1097, 2025 WL 3012033 (W.D. Mich. Oct. 28, 2025)

140. Marin Garcia v. Noem, No. 25-1271, 2025 WL 3017200 (W.D. Mich. Oct. 29, 2025)

141. Rodriguez v. Noem, No. 25-1196, 2025 WL 3022212 (W.D. Mich. Oct. 29, 2025)

142. de Jesus Ramirez v. Noem, No. 25-1261, 2025 WL 3039266 (W.D. Mich. Oct. 31, 2025)

143. Escobar-Ruiz v. Raycraft, No. 25-1232, 2025 WL 3039255 (W.D. Mich. Oct. 31, 2025)

144. Salgado Mendoza v. Noem, No. 25-1252, 2025 WL 3077589 (W.D. Mich. Nov. 4, 2025)

145. Hernandez Garcia v. Raycraft, No. 25-1281, 2025 WL 3122800 (W.D. Mich. Nov. 7, 2025)

146. Rodriguez Serrano v. Noem, No. 25-1320, 2025 WL 3122825 (W.D. Mich. Nov. 7, 2025)

147. Contreras Alvarez v. Noem, No. 25-1313, 2025 WL 3151948 (W.D. Mich. Nov. 12, 2025)

148. Lucero Lucero v. Noem, No. 25-1295, 2025 WL 3165235 (W.D. Mich. Nov. 12, 2025)

149. Ginez Hernandez v. Noem, No. 25-1307, 2025 WL 3170872 (W.D. Mich. Nov. 13, 2025)

150. Madrid Gonzalez v. Noem, No. 25-1315, 2025 WL 3170879 (W.D. Mich. Nov. 13, 2025)

151. Mora Lara v. Noem, No. 25-1332, 2025 WL 3170876 (W.D. Mich. Nov. 13, 2025)

152. Singh v. Noem, No. 25-1251, 2025 WL 3170855 (W.D. Mich. Nov. 13, 2025)

153. Amigon Cardona v. Unknown Party #1, No. 25-1297, 2025 WL 3200682 (W.D. Mich. Nov. 17, 2025)

154. Sevilla v. Noem, No. 25-1325, 2025 WL 3200698 (W.D. Mich. Nov. 17, 2025)

155. Silva Orellana v. Noem, No. 12-1333, 2025 WL 3198685 (W.D. Mich. Nov. 17, 2025)

**Northern District of Ohio**

156. Laguna Espinoza v. Dir. of Detroit Field Off., No. 25-02107, 2025 WL 2878173 (N.D. Ohio Oct. 9, 2025)

157. Moralez Chavez v. Dir. of Detroit Field Off., No. 25-02061, 2025 WL 2959617 (N.D. Ohio Oct. 20, 2025)

158. E.V. v. Raycraft, No. 25-02069, 2025 WL 3122837 (N.D. Ohio Nov. 7, 2025)

159. Morales Chavez v. Dir. of Detroit Field Off., No. 25-02061, 2025 WL 3187080 (N.D. Ohio Nov. 14, 2025)

**Western District of Tennessee**

160. Godinez-Lopez v. Ladwig, No. 25-02962, 2025 WL 3047889 (W.D. Tenn. Oct. 31, 2025)

SEVENTH CIRCUIT

**Northern District of Illinois**

161. Ochoa Ochoa v. Noem, No. 25-10865, 2025 WL 2938779 (N.D. Ill. Oct. 16, 2025)

162. H.G.V.U. v. Smith, No. 25-10931, 2025 WL 2962610 (N.D. Ill. Oct. 20, 2025)

163. G.Z.T. v. Smith, No. 25-12802, Doc. No. 14 (N.D. Ill. Oct. 21, 2025)

164. Miguel v. Noem, No. 25-11137, 2025 WL 2976480 (N.D. Ill. Oct. 21, 2025)

165. Padilla v. Noem, No. 25-12462, 2025 WL 2977742 (N.D. Ill. Oct. 22, 2025)

166. Maldonado v. Crowley, No. 25-12762, Doc. No. 16 (N.D. Ill. Oct. 24, 2025)

167. Patel v. Crowley, No. 25-11180, 2025 WL 2996787 (N.D. Ill. Oct. 24, 2025)

168. Amigon Sanchez v. Olson, No. 25-12453, 2025 WL 3004580 (N.D. Ill. Oct. 27, 2025)

169. Corona Diaz v. Olson, No. 25-12141, 2025 WL 3022170 (N.D. Ill. Oct. 29, 2025)

170. Rosales Ponce v. Olson, No. 25-13037, 2025 WL 3049785 (N.D. Ill. Oct. 31, 2025)

171. Valencia v. Noem, No. 25-12829, 2025 WL 3042520 (N.D. Ill. Oct. 31, 2025)

172. D.E.C.T. v. Noem, No. 25-12463, 2025 WL 3063650 (N.D. Ill. Nov. 3, 2025)

173. Flores v. Olson, No. 25-12916, 2025 WL 3063540 (N.D. Ill. Nov. 3, 2025)

174. Galvis Cortes v. Olsen, No. 25-6293, 2025 WL 3063636 (N.D. Ill. Nov. 3, 2025)

175. Reyes Arizmendi v. Noem, No. 25-13041, 2025 WL 3089107 (N.D. Ill. Nov. 5, 2025)

176. Mirzoev v. Olson, No. 25-12969, 2025 WL 3101969 (N.D. Ill. Nov. 6, 2025)

177. Pacheco Carrillo v. Noem, No. 25-12963, 2025 WL 3101993 (N.D. Ill. Nov. 6, 2025)

178. Garcia Rios v. Olson, No. 25-13180, 2025 WL 3124173 (N.D. Ill. Nov. 7, 2025)

179. Munoz Arredondo v. Olson, No. 25-12882, 2025 WL 3124149 (N.D. Ill. Nov. 7, 2025)

180. Perez v. Noem, No. 25-13441, 2025 WL 3140692 (N.D. Ill. Nov. 10, 2025)

181. Ramirez Martinez v. Noem, No. 25-12029, 2025 WL 3145103 (N.D. Ill. Nov. 11, 2025)

182. Vasquez Gonzalez v. Olson, No. 25-13162, 2025 WL 3158191 (N.D. Ill. Nov. 12, 2025)

183. Cabrera v. Noem, No. 25-12160, 2025 WL 3171288 (N.D. Ill. Nov. 13, 2025)

184. Mariscal Serrano v. Salazar, No. 23-13170, 2025 WL 3171354 (N.D. Ill. Nov. 13, 2025)

185. Rodriguez Loredo v. Forestal, No. 25-12758, 2025 WL 3187319 (N.D. Ill. Nov. 14, 2025)

**Southern District of Indiana**

186. Campos Leon v. Forestal, No. 25-01774, 2025 WL 2694763 (S.D. Ind. Sept. 22, 2025)

187. Alejandro v. Olson, No. 25-02027, 2025 WL 2896348 (S.D. Ind. Oct. 11, 2025)

188. Singh v. Bondi, No. 25-02101, 2025 WL 3029524 (S.D. Ind. Oct. 30, 2025)

189. Delgado Avila v. Crowley, No. 25-00533, —— F. Supp. 3d ——, 2025 WL 3171175 (S.D. Ind. Nov. 13, 2025)

190. Quishpe-Guaman v. Noem, No. 25-00211, 2025 WL 3201072 (S.D. Ind. Nov. 17, 2025)

### EIGHTH CIRCUIT

**Northern District of Iowa**

191. Giron Reyes v. Lyons, No. 25-04048, 2025 WL 2712427 (N.D. Iowa Sept. 23, 2025)

192. Garcia Picazo v. Sheehan, No. 25-4057, 2025 WL 3006188 (N.D. Iowa Oct. 27, 2025)

193. Chilel Chilel v. Sheehan, No. 25-4053, 2025 WL 3158617 (N.D. Iowa Nov. 12, 2025)

**Southern District of Iowa**

194. Barrajas v. Noem, No. 25-00322, 2025 WL 2717650 (S.D. Iowa Sept. 23, 2025)

195. Helbrum v. Williams Olson, No. 25-00349, 2025 WL 2840273 (S.D. Iowa Sept. 30, 2025)

**District of Minnesota**

196. Aguilar Maldonado v. Olson, No. 25-3142, —— F. Supp. 3d ——, 2025

WL 2374411 (D. Minn. Aug. 15, 2025)

197. J.O.E. v. Bondi, No. 25-03051, ⸺ F. Supp. 3d ⸺, 2025 WL 2466670 (D. Minn. Aug. 27, 2025)

198. Francisco T. v. Bondi, No. 25-03219, 2025 WL 2629839 (D. Minn. Aug. 29, 2025)

199. Belsai D.S. v. Bondi, No. 25-03682, 2025 WL 2802947 (D. Minn. Oct. 1, 2025)

200. Eliseo A.A. v. Olson, No. 25-3381, 2025 WL 2886729 (D. Minn. Oct. 8, 2025)

201. Herrera Avila v. Bondi, No. 25-3741, 2025 WL 2976539 (D. Minn. Oct. 21, 2025)

202. E.M. v. Noem, No. 25-975, 2025 WL 3157839 (D. Minn. Nov. 12, 2025)

**Eastern District of Missouri**

203. Mejia Olalde v. Noem, No. 25-00168, 2025 WL 3131942 (E.D. Mo. Nov. 10, 2025)

**District of Nebraska**

204. Garcia Jimenez v. Kramer, No. 25-03162, 2025 WL 2374223 (D. Neb. Aug. 14, 2025)

205. Carmona-Lorenzo v. Trump, No. 25-3172, 2025 WL 2531521 (D. Neb. Sept. 3, 2025)

206. Palma Perez v. Berg, No. 25-494, ⸺ F. Supp. 3d ⸺, 2025 WL 2531566 (D. Neb. Sept. 3, 2025)

207. Genchi Palma v. Trump, No. 25-3176, 2025 WL 2624385 (D. Neb. Sept. 11, 2025)

208. Ozuna Carlon v. Karmer, No. 25-3178, 2025 WL 2624386 (D. Neb. Sept. 11, 2025)

209. Perez v. Kramer, No. 25-03179, 2025 WL 2624387 (D. Neb. Sept. 11, 2025)

210. Duenas Arce v. Trump, No. 25-520, Doc. No. 33 (D. Neb. Sept. 18, 2025)

211. Vargas Lopez v. Trump, No. 25-526, 2025 WL 2780351 (D. Neb. Sept. 30, 2025)

### NINTH CIRCUIT

**District of Arizona**

212. Rosado v. Figueroa, No. 25-02157, 2025 WL 2337099 (D. Ariz. Aug. 11, 2025)

213. Echevarria v. Bondi, No. 25-3252, 2025 WL 2821282 (D. Ariz. Oct. 3, 2025)

**Central District of California**

214. Bautista v. Santacruz, No. 25-01873, 2025 WL 2670875 (C.D. Cal. July 28, 2025)

215. Gonzalez v. Noem, No. 25-02054, 2025 WL 2633187 (C.D. Cal. Aug. 13, 2025)

216. Benitez v. Noem, No. 25-02190, Doc. No. 11 (C.D. Cal. Aug. 26, 2025)

217. Mosqueda v. Noem, No. 25-02394, 2025 WL 2591530 (C.D. Cal. Sept. 8, 2025)

218. Arrazola-Gonzalez v. Noem, No. 25-1789, 2025 WL 2379285 (C.D. Cal. Aug. 15, 2025)

219. Santiago Flores v. Noem, No. 25-02490, 2025 WL 3050062 (C.D. Cal. Sept. 29, 2025)

220. Lopez Pop, v. Noem, No. 25-02589, 2025 WL 3050095 (C.D. Cal. Oct. 3, 2025)

221. Garcia v. Noem, No. 25-02771, 2025 WL 2986672 (C.D. Cal. Oct. 22, 2025)

222. Ruiz Yarleque v. Noem, No. 25-02836, 2025 WL 3043936 (C.D. Cal. Oct. 31, 2025)

**Eastern District of California**

223. Guzman v. Andrews, No. 25-01015, 2025 WL 2617256 (E.D. Cal. Sept. 9, 2025)

224. Lepe v. Andrews, No. 25-01163, —— F. Supp. 3d ——, 2025 WL 2716910 (E.D. Cal. Sept. 23, 2025)

225. Ortiz Donis v. Chestnut, No. 25-01228, 2025 WL 2879514 (E.D. Cal. Oct. 9, 2025)

226. J.S.H.M v. Wofford, No. 25-01309, 2025 WL 2938808 (E.D. Cal. Oct. 16, 2025)

227. Sabi Polo v. Chestnut, No. 25-01342, 2025 WL 2959346 (E.D. Cal. Oct. 17, 2025)

228. C.A.R.V. v. Wofford, No. 25-01395, 2025 WL 3059549 (E.D. Cal. Nov. 3, 2025)

229. F.M.V. v. Wofford, No. 25-01381, 2025 WL 3083934 (E.D. Cal. Nov. 4, 2025)

230. Menjivar Sanchez v. Wofford, No. 25-1187, 2025 WL 3089712 (E.D. Cal. Nov. 5, 2025)

231. O.P.A.M. v. Wofford, No. 25-01423, 2025 WL 3120552 (E.D. Cal. Nov. 7, 2025)

232. M.V.I. v. Andrews, No. 25-01440, 2025 WL 3154403 (E.D. Cal. Nov. 12, 2025)

233. Estuardo Marin v. Andrews, No. 25-01422, 2025 WL 3171484 (E.D. Cal. Nov. 13, 2025)

234. Morillo v. Albarran, No. 25-01533, 2025 WL 3190899 (E.D. Cal. Nov. 15, 2025)

**Northern District of California**

235. Hernandez Nieves v. Kaiser, No. 25-6921, 2025 WL 2533110 (N.D. Cal. Sept. 3, 2025)

236. Hinestroza v. Kaiser, No. 25-07559, 2025 WL 2606983 (N.D. Cal. Sept. 9, 2025)

237. Salcedo Aceros v. Kaiser, No. 25-06924, 2025 WL 2637503 (N.D. Cal. Sept. 12, 2025)

238. Roa v. Albarran, No. 25-07802, 2025 WL 2732923 (N.D. Cal. Sept. 25, 2025)

239. Valencia Zapata v. Kaiser, No. 25-07492, —— F. Supp. 3d ——, 2025 WL 2741654 (N.D. Cal. Sept. 26, 2025)

240. Cordero Pelico v. Kaiser, No. 25-07286, 2025 WL 2822876 (N.D. Cal. Oct. 3, 2025)

241. Chavez v. Kaiser, No. 25-06984, 2025 WL 2909526 (N.D. Cal. Oct. 9, 2025)

242. Pablo Sequen v. Albarran, No. 25-06487, 2025 WL 2935630 (N.D. Cal. Oct. 15, 2025)

243. J.A.C.P. v. Wofford, No. 25-01354, 2025 WL 3013328 (E.D. Cal. Oct. 27, 2025)

244. J.A.E.M. v. Wofford, No. 25-01380, 2025 WL 3013377 (E.D. Cal. Oct. 27, 2025)

245. Ramandi v. Off. Dir., ICE ERO San Francisco, No. 25-01462, 2025 WL 3182732 (E.D. Cal. Nov. 14, 2025)

**Southern District of California**

246. Vasquez Garcia v. Noem, No. 25-02180, 2025 WL 2549431 (S.D. Cal. Sept. 3, 2025)

247. Sixtos Chavez v. Noem, No. 25-2325, Doc. No. 8 (S.D. Cal. Sept. 24, 2025)

248. Esquivel-Ipina v. LaRose, No. 25-2672, 2025 WL 2998361 (S.D. Cal. Oct. 24, 2025)

249. Lopez v. Warden, Otay Mesa Det. Ctr., No. 25-2527, 2025 WL 3005346 (S.D. Cal. Oct. 27, 2025)

250. Martinez Lopez v. LaRose, No. 25-2717, 2025 WL 3030457 (S.D. Cal. Oct. 30, 2025)

251. Carmelo Beltran v. Noem, No. 25-2650, 2025 WL 3078837 (S.D. Cal. Nov. 4, 2025)

252. Garcia Magadan v. Noem, No 25-2889, 2025 WL 3090089 (S.D. Cal. Nov. 5, 2025)

253. Aquino v. LaRose, No. 25-2904, 2025 WL 3158676 (S.D. Cal. Nov. 12, 2025)

254. Pelico Calel v. LaRose, No. 25-02883, 2025 WL 3171898 (S.D. Cal. Nov. 13, 2025)

**District of Hawaii**

255. Rico-Tapia v. Smith, No. 25-00379, 2025 WL 2950089 (D. Haw. Oct. 10, 2025)

**District of Nevada**

256. Maldonado Vazquez v. Feeley, No. 25-01542, 2025 WL 2676082 (D. Nev. Sept. 17, 2025)

257. Sanchez Roman v. Noem, No. 25-01684, 2025 WL 2710211 (D. Nev. Sept. 23, 2025)

258. Carlos v. Noem, No. 25-01900, 2025 WL 2896156 (D. Nev. Oct. 10, 2025)

259. E.C. v. Noem, No. 25-01789, 2025 WL 2916264 (D. Nev. Oct. 14, 2025)

260. Aparicio v. Noem, No. 25-01919, 2025 WL 2998098 (D. Nev. Oct. 23, 2025)

261. Dominguez-Lara v. Noem, No. 25-01553, 2025 WL 2998094 (D. Nev. Oct. 24, 2025)

262. Bautista-Avalos v. Bernacke, No. 25-1987, 2025 WL 3014023 (D. Nev. Oct. 27, 2025)

263. Arce-Cervera v. Noem, No. 25-01895, 2025 WL 3017866 (D. Nev. Oct. 28, 2025)

264. Rodriguez Cabrera v. Mattos, No. 25-01551, 2025 WL 3072687 (D. Nev. Nov. 3, 2025)

265. Hernandez-Luna v. Noem, No. 25-01818, 2025 WL 3102039 (D. Nev. Nov. 6, 2025)

266. Mendez v. Noem, No. 25-02062, 2025 WL 3124285 (D. Nev. Nov. 7, 2025)

**District of Oregon**

267. L.A.E. v. Wamsley, No. 25-01975, 2025 WL 3037856 (D. Or. Oct. 30, 2025)

268. J.Y.L.C. v. Bostock, No. 25-02083, Doc. No. 15 (D. Or. Nov. 12, 2025)

**Western District of Washington**

269. Rodriguez v. Bostock, No. 25-05240, 2025 WL 2782499 (W.D. Wash. Sept. 30, 2025)

270. Torres v. Wamsley, No. 25-5772, 2025 WL 2855379 (W.D. Wash. Oct. 8, 2025)

271. Cantero Garcia v. Wamsley, No. 25-02092, 2025 WL 3123996 (W.D. Wash. Nov. 7, 2025)

272. Marcia Navarette v. Wamsley, No. 25-02150, 2025 WL 3134712 (W.D. Wash. Nov. 10, 2025)

TENTH CIRCUIT

**District of Colorado**

273. Garcia Cortes v. Noem, No. 25-02677, 2025 WL 2652880 (D. Colo. Sept. 16, 2025)

274. Mendoza Gutierrez, v. Baltazar, No. 25-2720, 2025 WL 2962908 (D. Colo. Oct. 17, 2025)

275. Loa Caballero v. Baltazar, No. 25-03120, 2025 WL 2977650 (D. Colo. Oct. 22, 2025)

276. Nava Hernandez v. Baltazar, No. 25-03094, 2025 WL 2996643 (D. Colo. Oct. 24, 2025)

**District of New Mexico**

277. Velasquez Salazar v. Dedos, No. 25-00835, —— F. Supp. 3d ——, 2025 WL 2676729, (D.N.M. Sept. 17, 2025)

278. Garcia Domingo v. Castro, No. 25-00979, —— F. Supp. 3d ——, 2025 WL 2941217 (D.N.M. Oct. 15, 2025)

279. Pu Sacvin v. de Anda-Ybarra, No. 25-01031, 2025 WL 3187432 (D.N.M. Nov. 14, 2025)

ELEVENTH CIRCUIT

**Middle District of Florida**

280. Garcia v. Noem, No. 25-00879, 2025 WL 3041895 (M.D. Fla. Oct. 31, 2025)

281. Hernandez Lopez v. Hardin, No. 25-00830, 2025 WL 3022245 (M.D. Fla. Oct. 29, 2025)

282. <u>Vasquez Carcamo v. Noem</u>, No. 25-00922, 2025 WL 3119263 (M.D. Fla. Nov. 7, 2025)

283. <u>Erazo v. Hardin</u>, No. 25-00891, 2025 WL 3187136 (M.D. Fla. Nov. 14, 2025)

**Southern District of Florida**

284. <u>Merino v. Ripa</u>, No. 25-23845, 2025 WL 2941609 (S.D. Fla. Oct. 15, 2025)

285. <u>Puga v. Assistant Field Off. Dir., Krome N. Serv. Processing Ctr.</u>, No. 25-24535, 2025 WL 2938369 (S.D. Fla. Oct. 15, 2025)

**Middle District of Georgia**

286. <u>J.A.M. v. Streeval</u>, No. 25-342, 2025 WL 3050094 (M.D. Ga. Nov. 1, 2025)

**Southern District of Georgia**

287. <u>Aguirre Villa v. Warden Normand</u>, No. 25-89, 2025 WL 3095969 (S.D. Ga. Nov. 4, 2025)

288. <u>Villa v. Warden Normand</u>, No. 25-100, 2025 WL 3188406 (S.D. Ga. Nov. 14, 2025)