IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARIF DEMIREL, | : | |
|     Petitioner, | : | |
| | : | |
|     v. | : | Civ. No. 25-5488 |
| | : | |
| FEDERAL DETENTION CENTER | : | |
| PHILADELPHIA, *et al.*, | : | |
|     Defendants. | : | |

**O R D E R**

**AND NOW**, this 18th day of November, 2025, upon consideration of Demirel's Petition (Doc. No. 1), the Government's Response (Doc. No. 8), and Demirel's Reply (Doc. No. 10), it is hereby **ORDERED** that Demirel's Petition for a Writ of Habeas Corpus (Doc. No. 1) is **GRANTED** as follows:

1. **Demirel is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)**, and instead may be detained, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

2. All claims against Jamison, Lyons, and Noem are **DISMISSED**;

3. <u>**On or before**</u> **November 24, 2025**, McShane (or the current Director the ICE Philadelphia Field Office) **shall provide** Demirel with a **bond hearing in accordance with 8 U.S.C. § 1226(a)**;

4. Should the IJ deny bond, McShane (or the current Director the ICE Philadelphia Field Office) **shall provide** Demirel the opportunity to appeal to the BIA.

                                                    **AND IT IS SO ORDERED.**

                                                    */s/ Paul S. Diamond*
                                                    **PAUL S. DIAMOND, J.**