**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ARIF DEMIREL, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 25-5488 |
| | : | |
| FEDERAL DETENTION CENTER | : | |
| OF PHILADELPHIA, *et al.*, | : | |
| Respondents. | : | |
| | : | |

**O R D E R**

**AND NOW**, this 17th day of March, 2026, it is hereby **ORDERED** that the Clerk of Court

**SHALL CLOSE** this case.

**AND IT IS SO ORDERED.**


*/s/ Paul S. Diamond*

**PAUL S. DIAMOND, J.**